IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Karen Caldwell, O/B/O K.S., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:12cv743 |
| vs. : | |
| : | Chief Judge Susan J. Dlott |
| Commissioner of Social Security, : | |
| : | |
| Defendant(s). : | |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on September 10, 2013 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 27, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, the EAJA fee petition is **GRANTED.** The plaintiff is **AWARDED** $5,841.77 in attorney fees and $350.00 in costs for a total award of $6,191.77.

IT IS SO ORDERED.

   s/Susan J. Dlott   
Chief Judge Susan J. Dlott
United States District Court